(No. 6994–)

THE FIRST NATIONAL BANK OF BELLEVILLE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 8, 1974.*

THE FIRST NATIONAL BANK OF BELLEVILLE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.